IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| TIFFANY TERVEEN, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>T & C OF WELLFORD, LLC d/b/a NIKITA'S )<br>PLAYROOM, and TIMOTHY D. TREADWELL )<br>)<br>  Defendants. )<br>                 ) | Case No. 7-19-cv-3169-TMC |

See attached Stipulation of Dismissal Without prejudice.

Respectfully submitted,

                OGLETREE, DEAKINS, NASH,
                SMOAK & STEWART, P.C.

                s/Thomas A. Bright
                Thomas A. Bright (Fed. Ct. ID No. 1476)

                Attorney for Defendants T & C of
                Wellford, LLC d/b/a Nikita's Playroom
                and Timothy D. Treadwell

The Ogletree Building
300 North Main Street, Suite 500
Greenville, SC  29601
864.271.1300
thomas.bright@ogletree.com

41961984.1