IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| TIFFANY TERVEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 7-19-cv-3169-TMC |
| ) | |
| T & C OF WELLFORD, LLC d/b/a ) | |
| NIKITA'S PLAYROOM, and ) | |
| TIMOTHY D. TREADWELL ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), it is hereby stipulated that all claims which Plaintiff has asserted or could have asserted against Defendants in the above-captioned case are dismissed without prejudice.

It is further stipulated that all parties will bear their own costs.

Tiffany Terveen
Plaintiff
3650 Cameron Circle
Gainesville, GA 30506

Timothy D. Treadwell
Defendant, and on behalf of Defendant T & C of
Wellford, LLC d/b/a Nikita's Playroom

Counsel for the Defendants T & C of Wellford,
LLC d/b/a/ Nikita's Playroom and Timothy D.
Treadwell

*s/Thomas A. Bright*
Thomas A. Bright (Fed. Ct. ID No. 1476)
Ogletree, Deakins, Nash Smoak & Stewart, P.C.
300 North Main Street, Suite 500
Greenville, SC 29601
T: 864.271.1300
F: 864.235-8806
thomas.bright@ogletree.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| TIFFANY TERVEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 7-19-cv-3169-TMC |
| | ) |
| T & C OF WELLFORD, LLC d/b/a NIKITA'S | ) |
| PLAYROOM, and TIMOTHY D. TREADWELL | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 25th day of February, 2020, the foregoing Stipulation of Dismissal Without Prejudice was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants as follows:

    Tiffany Terveen
    3650 Cameron Circle
    Gainesville, GA 30506

Respectfully submitted,

    OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.

    s/Thomas A. Bright
    Thomas A. Bright (Fed. Ct. ID No. 1476)

    Attorney for Defendants T & C of
    Wellford, LLC d/b/a Nikita's Playroom
    and Timothy D. Treadwell

The Ogletree Building
300 North Main Street, Suite 500
Greenville, SC  29601
864.271.1300
thomas.bright@ogletree.com